**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7
8
9
10
11   MYRA M. SAMIERE,
12          Plaintiff,                      No. C 07-1217 PJH
13      v.                                  **ORDER DENYING MOTION
                                            FOR RECONSIDERATION**
14   SAN FRANCISCO UNIFIED
     SCHOOL DISTRICT,
15
16          Defendant.
     _____/
17        Plaintiff's motion for reconsideration of the court's June 25, 2007, order denying her
18   request for appointment of counsel is DENIED, for failure to comply with Civil Local Rule
19   7-9(a), (b).  In addition, for the reasons stated in the June 25, 2007, order, plaintiff does not
20   meet the standard for appointment of counsel.
21
22   **IT IS SO ORDERED.**
23   Dated: July 23, 2007
24                                          _____
                                            PHYLLIS J. HAMILTON
25                                          United States District Judge
26
27
28