UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MYRA M. SAMIERE

    Plaintiff,

    v.

SAN FRANCISCO UNIFIED SCHOOL DISTRICT,

    Defendant.
_____/

No. C 07-1217 PJH

**JUDGMENT**

The court having dismissed the above entitled action for failure to comply with jurisdictional prerequisites,

It is Ordered and Adjudged

that plaintiff Myra M. Samiere take nothing, and that the action be dismissed on the merits.

**IT IS SO ORDERED.**

Dated: October 9, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge